~~SEALED~~

5/16/4

11 FEB 23 PM 3:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CAREY (1), <br>   aka Garrocha, <br> JOSE ANTONIO <br>   HERNANDEZ-GUTIERREZ (2), <br>   aka Tono, <br>   aka Big T, <br> ADRIAN MADRID (3), <br>   aka Cunado, <br> CUAUTHEMOC ARTURO <br>   ARMENDARIZ-SANDOVAL (4), <br>   aka Temo, <br> JAVIER LACARRA (5), <br>   aka Compadre, <br><br>        Defendants. | Case No. '11CR0671 WQH <br><br> I N D I C T M E N T <br><br> Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |



The grand jury charges:

Count 1

Beginning on a date unknown and continuing up to March 17, 2010, within the Southern District of California and elsewhere, defendants MICHAEL CAREY, aka Garrocha, JOSE ANTONIO HERNANDEZ-GUTIERREZ, aka Tono, aka Big T, ADRIAN MADRID, aka Cunado, CUAUTHEMOC ARTURO ARMENDARIZ-SANDOVAL, aka Temo, and JAVIER LACARRA, aka Compadre, did knowingly and intentionally conspire with each other and other persons known and unknown to the grand jury, to distribute 5 kilograms and

PGK:nmc:San Diego
2/22/11

more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 are realleged and by reference are fully incorporated herein to allege forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the commission of the felony offense alleged in Count 1, violations punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendants shall, upon conviction, forfeit to the United States all their rights, title, and interest in all property constituting, and derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the commission of the violation alleged in Count 1 of this indictment.

Also as a result of the commission of the felony offense alleged in Count 1, a violation punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendants shall, upon conviction, forfeit to the United States all their rights, title, and interest in all property used and intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count 1 of this indictment. All in violation of Title 21, United States Code, Sections 841(a)(1) and 853.

If any of the forfeitable property referred to above, as a result of any act or omission of the defendants,

    (a)   cannot be located upon the existence of due diligence;

```
 1         (b)  has been transferred or sold to or deposited with a third
 2              person;
 3         (c)  has been placed beyond the jurisdiction of the Court;
 4         (d)  has been substantially diminished in value; or
 5         (e)  has been commingled with other property which cannot be
 6              subdivided without difficulty, it is the intent of the
 7              United States, pursuant to Title 21, United States Code,
 8              Section 853(p), to seek forfeiture of any other property of
 9              the defendants up to the value of the above forfeited
10              property.
11  All pursuant to Title 21, United States Code, Section 853.
12       DATED: February 23, 2011.
13                                      A TRUE BILL:
14
15                                      _____
                                        Foreperson
16  LAURA E. DUFFY
    United States Attorney
17
18  By: _____
        PETER KO
19      Assistant U.S. Attorney
```