FILED

MAY 1 9 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>MICHAEL CAREY (1), )<br><br>Defendant. ) | No. 11CR671-WQH<br><br>FINDINGS OF FACT AND ORDER RE:<br>STIPULATION TO DETENTION<br>PENDING TRIAL |

In accordance with 18 U.S.C. § 3142(f), a hearing was held on May 19, 2011, to determine whether defendant Michael Carey should be admitted to bail or held in custody without bail pending trial and, if convicted, sentencing in this matter. Assistant United States Attorney Peter Ko appeared for the United States. Gerard Wasson, Esq., appeared for Carey.

At the hearing, Carey knowingly and voluntarily waived all rights to the setting of bail and the detention hearing. Based on that waiver, the court orders Carey detained pending trial and, if convicted, sentencing, without prejudice or waiver of Carey's right to later apply for bail and conditions of release.

## **ORDER**

IT IS ORDERED that Carey shall be detained pending trial and, if convicted, sentencing in this case.

11CR671-WQH

1        IT IS FURTHER ORDERED that Carey shall be committed to the custody of the

2   Attorney General or his designated representative for confinement in a corrections facility separate,

3   to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

4   appeal.  Carey shall be afforded reasonable opportunity for private consultation with counsel.

5        While in custody, upon order of a court of the United States or upon request of an

6   attorney for the United States, the person in charge of the correctional facility shall deliver Carey to

7   the United States Marshal for appearances in connection with court proceedings or any other

8   appearances stipulated to by defense and government counsel.

9        This order is entered without prejudice to Carey's exercise of the right to bail and a

10  detention hearing at a future date.

11        DATED:    May _19_, 2011.

12

13                WILLIAM MCCURINE, JR.
                    United States Magistrate Judge

14

PREPARED BY:

15

16

PETER KO

17  Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

11CR671-WQH