AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Michael Carey

~~SEALED~~ **WARRANT FOR ARREST**

*unsealed on 5/16/2011 (mdc)*

CASE NUMBER: 11cr0671 WQH

FILED 11 MAY 25 AM 8:18

DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Michael Carey (1) aka Garrocha_____
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Cocaine
21:853 - Criminal Forfeiture

*Date: 5/16/11  Arrested by: STEVEN C. STAFFORD U.S. MARSHAL, S/CA*

RECEIVED FEB 24 A 8:06 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____See Above_____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| J. Dorocak | 02/23/2011 San Diego |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____No Bail_____ by _____The Honorable Bernard G. Skomal_____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*CL I Z    DA    SW-045-511    3532*