

FILED
JUL 2 7 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11cr671 WQH |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL CAREY | |
| Defendant. | |

HAYES Judge:

The matter before the Court is the Motion to Seal the motion for reduction in sentence filed by the Defendant. Defendant seeks to seal the "EMERGENCY MOTION FOR REDUCTION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)(2)"; and the "MEMORANDUM OF POINTS AND AUTHORITIES" and attached documents.

"A party seeking to seal a judicial record ... bears the burden of overcoming [a] strong presumption [in favor of public access] by meeting the compelling reasons standard." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citations and quotations omitted). A party seeking to seal court documents can overcome the presumed right to access "only by [establishing] an overriding right or

1  interest 'based on findings that closure is essential to preserve higher values and is narrowly
2  tailored to serve that interest.'" Oregonian Publ'g Co. v. U.S. Dist Court for the Dist. of
3  Or., 920 F.2d 1462, 1465 (9th Cir. 1990) (quoting Press-Enterprise Co. v. Superior Ct., 464
4  U.S. 501, 510 (1985).

5      The Court has reviewed the materials and finds that the request to seal to information
6  is overbroad. The "EMERGENCY MOTION FOR REDUCTION OF TERM OF
7  IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)(2)" is a one page document that
8  contains no information not subject to public filing. The Court further concludes that the
9  Motion to Seal and "MEMORANDUM OF POINTS AND AUTHORITIES" may be filed
10 under seal.

11     IT IS HEREBY ORDERED that the Motion to Seal the motion for reduction in
12 sentence filed by the Defendant is granted in part and denied in part as follows: The Clerk
13 of the Court shall file the one page document entitled "EMERGENCY MOTION FOR
14 REDUCTION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §
15 3582(c)(2)" and this ORDER in the public record of this case, and file the
16 "MEMORANDUM OF POINTS AND AUTHORITIES" and attached documents and the
17 Motion to Seal the motion for reduction in sentence in the record under seal.

18     IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of the
19 "MEMORANDUM OF POINTS AND AUTHORITIES" and attached documents and the
20 Motion to Seal which are filed UNDER SEAL to the Plaintiff United States.

21     Plaintiff United States shall file a response to the "EMERGENCY MOTION FOR
22 REDUCTION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §
23 3582(c)(2)" no later than August 17, 2020.

24     Defendant shall file any reply no later than September 15, 2020.
25 Dated: 7/27/20

26                                        WILLIAM Q. HAYES
27                                        United States District Judge
28