10-27-2020

Clerk of the Court

re: Incoming Mail from Clerk contained wrong

**FILED**

Nov 06 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ adriannag        DEPUTY

NUNC PRO TUNC
10/30/2020

Attn: Clerk

Greetings.   I hope this letter finds you well.

On Monday, Oct-26-2020, I received a letter from your

office. Please see attached photo copy of envelope.

The contents of that envelope, see attached original.

That letter did <u>not</u> have any correspondence addressed to myself.

Please be advised that I did not receive any correspondence

re: US v. Carey, no. 3:11cr671-WQH.

I am returning the correspondence re: "Raya v. Barka" at

this time.

Also, I would like to confirm that your office received

communication from FCI Lompoc staff -- Counselor T. Sargent -- about

my REPLY brief (2 point Reduction MTN, re: 392) being submitted to

prison officials on Oct-22-2020, the day it was due.

FCI Lompoc's mailroom is failing to process legal mail on

the day inmates submit the legal mail. Moreover, the same is

opening privileged -- SEALED -- mail from this Court.

On Oct-27-2020, I spoke with the mailroom supervisor -- CMC Leyva (sp?) -- whereupon I requested all correspondence from this Court and the Ninth Circuit be opened in my presence.

If the mailroom continues to improperly open my mail -- legal mail from the Courts and attorneys -- not in my presence, I will immediately notify this Court, and I will request a Court order instructing FCI Lompoc to cease opening legal mail not in my presence.

Thank you for your assistance.

Best,

Michael Chavey

Michael Chavey  10/27/2020
Lompoc, CA
prose, Defendant.



Photocopy of Winning Envelope and Correspondence received on 10/26/2020 PL

U.S. POSTAGE PAID PITNEY BOWES
ZIP 91950
02 4R
0000654403 OCT. 22. 2020
$ 000.50⁰

Received at FCI Lompoc
— pre-opened —
— non-legal mail

rc: Raya v. Banka
3:19-cv-02295-WQH-AHG
DKT 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Michael Carey  25751298
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

---

U.S. District Court

Southern District of California

Notice of Electronic Filing

The following transaction was entered on 10/1/2020 at 2:29 PM PDT and filed on 10/1/2020

Case Name:     Raya v. Banka et al
Case Number:   3:19-cv-02295-WQH-AHG
Filer:
Document Number: 31(No document attached)

Docket Text:
MINUTE ENTRY: Defendants shall file any response to the Motion for Leave to
File First Amended Complaint (ECF No. [30]) on or before October 26, 2020.
Plaintiff shall file any reply on or before November 2, 2020.(All non-registered
users served via U.S. Mail Service)(no document attached) (ag)

Original
received on
10/26/2020
by Carey, M.
(11cr671-WQH).
MG.

### U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 10/1/2020 at 2:29 PM PDT and filed on 10/1/2020

**Case Name:**     Raya v. Barka et al

**Case Number:**    3:19-cv-02295-WQH-AHG

**Filer:**

**Document Number:** 31(No document attached)

**Docket Text:**
**MINUTE ENTRY: Defendants shall file any response to the Motion for Leave to File First Amended Complaint (ECF No. [30]) on or before October 26, 2020. Plaintiff shall file any reply on or before November 2, 2020.(All non-registered users served via U.S. Mail Service)(no document attached) (ag)**

Michael Carey #25751-298
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436
re: 11cr671-WQH



Clerk of the Court
S.D. CA
333 W. Broadway
San Diego, CA  92101



OCT 2 9 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Legal Mail

92101-380299

FCC LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 10/23/2020

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.